# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ELEXAS HATTON                                                                              PLAINTIFF

v.                             NO. 4:17CV00099 JLH

DOC HOLLADAY, individually and in his
official capacity as Pulaski County Sheriff;
MICHAEL GRAFF, individually and in his
official capacity as Pulaski County Sheriff
Deputy; and ARKANSAS ASSOCIATION
OF COUNTIES                                      DEFENDANTS

## ORDER

The plaintiff has filed motions to dismiss this action on the grounds that the parties have reached a settlement. The motions are GRANTED. Documents #29 and #30. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE